IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sims, Karen

Printed: 1/22/08

Case Number: 07 B 06092
Judge: Hollis, Pamela S
Filed: 4/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,950.00 |  |
| Secured: |  | 12.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.68 |
| Other Funds: |  | 1,937.32 |
| Totals: | 1,950.00 | 1,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Avelo | Secured | 0.00 | 0.00 |
| 2. | Rogers & Hollands Jewelers | Secured | 100.00 | 12.00 |
| 3. | Avelo | Secured | 2,274.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 23,230.00 | 0.00 |
| 5. | Cook County Department of Rev | Priority | 183.75 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 805.00 | 0.00 |
| 7. | Cook County Department of Rev | Unsecured | 2.30 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 416.78 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 43.86 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,023.46 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 6,110.57 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 1,047.15 | 0.00 |
| 13. | Americash Loans | Unsecured | 2,318.88 | 0.00 |
| 14. | Rogers & Hollands Jewelers | Unsecured | 141.82 | 0.00 |
| 15. | Zip Cash | Unsecured | | No Claim Filed |
| 16. | National Opportunities Inlimited Inc | Unsecured | | No Claim Filed |
| 17. | HBS Services, Inc. | Unsecured | | No Claim Filed |
| 18. | Check N Go | Unsecured | | No Claim Filed |
| 19. | Cash Call | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Debt Recovery Group | Unsecured | | No Claim Filed |
| 22. | Arrowhead Investments | Unsecured | | No Claim Filed |
| 23. | Pay Day Loan | Unsecured | | No Claim Filed |
| 24. | Interstate Bank of Oak Forest | Unsecured | | No Claim Filed |
| 25. | B.I.G. | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sims, Karen

Printed: 1/22/08

Case Number: 07 B 06092
Judge: Hollis, Pamela S
Filed: 4/4/07

| 26. Geneva Roth Ventures | Unsecured | | No Claim Filed |
|---|---|---|---|
| | | _____ | _____ |
| | | $ 37,697.57 | $ 12.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 0.68 |
| | _____ |
| | $ 0.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_